# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROSANA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>    Defendant. | Civil Action File No.:<br>1:15-cv-01686-RWS-JSA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rosana Jones and Defendant Aaron's, Inc., by and through counsel and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), hereby stipulate that all of the claims and defenses that were, or could have been, asserted by the parties in the above-captioned matter are voluntarily dismissed in their entirety, with prejudice, with each party to bear its or her own costs and fees.

*[Signatures of counsel appear on the following page.]*

-2-

Jointly and respectfully submitted, this 25th day of April 2019.

| | |
|---|---|
| /s/Amanda A. Farahany | /s/Alisa P. Cleek |
| Amanda A. Farahany | Alisa P. Cleek |
| Georgia Bar No. 646135 | Georgia Bar No. 581063 |
| | |
| BARRETT & FARAHANY | TAYLOR ENGLISH DUMA LLP |
| 1100 Peachtree Street, N.E., Suite 500 | 1600 Parkwood Circle, Suite 200 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30339 |
| (404) 214-0120 Telephone | (770) 434-6868 Telephone |
| (404) 214-0125 Facsimile | (770) 434-7376 Facsimile |
| amanda@justiceatwork.com | acleek@taylorenglish.com |
| | |
| Attorneys for Plaintiff Rosana Jones | Attorneys for Defendant Aaron's, Inc. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROSANA JONES,<br><br>        Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>        Defendant. | Civil Action File No.:<br>1:15-cv-01686-RWS-JSA |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Amanda Farahany

>/s/Alisa P. Cleek
>Alisa P. Cleek
>Georgia Bar No. 581063

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868 Telephone
(770) 434-7376 Facsimile
acleek@taylorenglish.com

Attorneys for Defendant Aaron's, Inc.